# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3855
_____

KRISTOPHER CODY
PICKLEHEIMER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

December 5, 2024


PER CURIAM.

    AFFIRMED.

ROWE, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kristopher Cody Pickleheimer, pro se, Appellant.

Ashley Moody, Attorney General, and Damaris Reynolds,
Assistant Attorney General, Tallahassee, for Appellee.